TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Eric Santner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Santner,<br><br>            Plaintiff,<br><br>     vs.<br><br>Thunderbird Collection Specialists, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 3:13-cv-08195-NVW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | |
| 2 | Eric Santner ("Plaintiff"), by and through undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). |
| 3 | |
| 4 | |
| 5 | Dated: October 28, 2013 |

Respectfully submitted,

By:  /s/*Trinette G. Kent*
Trinette G. Kent, Esq.
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On October 28, 2013, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on October 28, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Steve Kay, President of TCS<br>3200 North Hayden Road, Suite 100<br>Scottsdale, Arizona 85251<br>Tel: (480) 946-3299<br>E-Mail:skay@thunderbirdcollections.com<br>**Defendant Thunderbird Collection Specialists, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 28, 2013.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff